# UNITED STATES DISTRICT COURT OF MIDDLE FLORIDA

## CASE NO: 3:12-cv-00169-RBD-JBT

NUCORP, LTD.,

    Plaintiff,

v.

JOHN DOE,

    Defendant.

## NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT

PLEASE TAKE NOTICE, pursuant to Rule 7.1, Plaintiff does not have a parent corporation nor a publically held corporation that owns more than 10% of its stock.

Dated: February 22, 2012

    Respectfully submitted,

By: */s/ Alexander Lian*
Alexander Lian
Florida Bar No. 571271
Alexander Lian, P.A.
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (305) 381-7910
Facsimile: (305) 397-0999
alian@alexanderlian.com
*Attorneys for Plaintiff*