UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NUCORP, LTD.,

    Plaintiff,

v.                                              CASE NO. 3:12-cv-169-J-37JBT

JOHN DOE,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Motion for Leave to Serve a Third Party Subpoena Prior to a Rule 26(f) Conference ("Motion") (Doc. 3), filed by Plaintiff on February 22, 2012. The Motion requests leave to serve a third-party subpoena prior to a Rule 26(f) conference. (*Id.*) However, Plaintiff has not filed the subject subpoena. Thus, Plaintiff will be given an opportunity to do so.

Further, on February 24, 2012, counsel for Defendant John Doe 114, identified by IP address 98.231.29.221, filed a Notice of Appearance. In light of the Notice, the Court finds it appropriate to allow Defendant an opportunity to inform the Court whether Defendant objects to the subpoena, and if so, to file a response to the Motion.

Accordingly, it is **ORDERED**:

1.     The Motion (**Doc. 3**) is **TAKEN UNDER ADVISEMENT**.

2.  **On or before March 2, 2012**, Plaintiff shall file the subpoena that is the subject of the Motion.

3.  **On or before March 5, 2012**, Defendant shall inform the Court in writing whether Defendant objects to the subpoena. If Defendant objects, Defendant shall file a response to the Motion **on or before March 9, 2012**.

**DONE AND ORDERED** at Jacksonville, Florida, on February 27, 2012.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record